UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, on behalf of herself and
all other persons similarly situated,

                        Plaintiff,                          26-CV-00091(RA)

            v.                                              ORDER

BK LOGISTICS LLC.,

                        Defendant.

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on January 7, 2026. *See* Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action.  Fed. R. Civ. P. 4(m).  No proof of service has been filed on the docket.  Accordingly, it is hereby:

ORDERED that, no later than April 17, 2026, Plaintiff shall submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by April 17, 2026, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      April 10, 2026
            New York, New York

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge