UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, on behalf of herself and all other persons similarly situated,

Plaintiff,

v.

BK LOGISTICS LLC.,

Defendant.

26-CV-00091(RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed a First Amended Complaint on April 15, 2026. *See* Dkt. 7. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days after it is filed. Fed. R. Civ. P. 4(m). No proof of service has been filed on the docket. Accordingly, it is hereby:

ORDERED that, no later than August 10, 2026, Plaintiff shall submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by August 10, 2026, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 3, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge